**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **SECURITIES AND EXCHANGE COMMISSION**,<br><br>Plaintiff,<br><br>v.<br><br>**PAUL T. MANNION, JR., et al.,**<br><br>Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No.:<br>1:10-cv-03374-WSD |

**<u>PLAINTIFF'S MOTION FOR IMPOSITION OF REMEDIES</u>**

Plaintiff the United States Securities and Exchange Commission (the "Commission" or the "SEC"), hereby moves for the imposition of remedies against the Defendants Paul Mannion, Andrew Reckles, PEF Advisors Ltd., and PEF Advisors, LLC (collectively, "Defendants") following the Court's grant of summary judgment against the Defendants finding violations of Section 206(2) of the Investment Advisers Act of 1940 ("Advisers Act"), 15 U.S.C. § 80b-6(2), as a result of Defendants' misappropriation of assets of their client Palisades Master Fund, L.P. (the "Fund").

As set forth more fully in the accompanying Memorandum of Law, the SEC seeks permanent injunctive relief, disgorgement and prejudgment interest, along with a civil monetary penalty against each Defendant.

Respectfully submitted this the 19th day of May, 2014.

By: /s/ *M. Graham Loomis*
M. Graham Loomis
Ga. Bar No. 457868
U.S. Securities and Exchange Commission
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326
Email: LoomisM@sec.gov
Phone: (404) 842-7627
Fax: (404) 842-7633

/s/ *David Williams*
David Williams (*pro hac vice*)
Adam S. Aderton (*pro hac vice*)
U.S. Securities and Exchange Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
Email: WilliamsDav@sec.gov
Phone: (202) 551-4548 (Williams)
Fax: (202) 772-9246 (Williams)

*Attorneys for Plaintiff Securities and Exchange Commission*

**CERTIFICATE OF SERVICE AND COMPLIANCE**

I hereby certify that on May 19, 2014, I electronically filed the attached document with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

Ross A. Albert
Morris, Manning & Martin, LLP
990 Hammond Drive
Suite 300
Atlanta, GA 30328, USA

Stavroula E. Lambrakopoulos
Richard James Mitchell
Matthew B. Bowman
K & L Gates-DC
1601 K Street, NW
Washington, DC 20006

I also certify under LR 7.1 D, NDGa that this motion has been prepared with 14-point Times New Roman font, as required by LR 5.1C, NDGa.

*/s/ David Williams*
David Williams (*pro hac vice*)
U.S. Securities and Exchange Commission