**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br>   Plaintiff,<br><br>v.<br><br>PAUL T. MANNION, JR., *et al.*,<br>   Defendants. | Civil Action No.: 10-cv-03374-WSD |

**JOINT STATUS REPORT**

By and through undersigned counsel, Plaintiff U.S. Securities and Exchange Commission ("SEC") joins Defendants Paul T. Mannion, Jr., Andrew S. Reckles, PEF Advisors Ltd., PEF Advisors LLC, and the Palisades Master Fund, L.P., (collectively the "Parties") to report the status of the Parties' settlement process in accordance with the Court's Order of August 18, 2014.

The Parties report that they have concluded the preparation of written agreements documenting the settlement in principle previously reported to the Court on August 18, 2014. In accordance with the SEC's procedures, the written agreements have been executed by Defendants and the next step will be submission of the executed agreements to the Commission for its consideration and approval.

The Parties will apprise the Court by no later than September 12, 2014, of any further developments.

Respectfully submitted,

By: s/ David Williams
David Williams, Esq.
Adam S. Aderton, Esq.
   (*pro hac vice*)
U.S. Securities and Exchange
   Commission
100 F Street, N.E.
Washington, D.C. 20549-4010
Phone: 202.551.4548
Fax: 202.772.9246
WilliamsDav@sec.gov

By: /s Stavroula E. Lambrakopoulos
Stavroula E. Lambrakopoulos, Esq.
Stephen J. Crimmins, Esq.
Erin Ardale Koeppel, Esq.
Richard James Mitchell, Esq.
   (*pro hac vice*)
K&L Gates LLP
1601 K Street, N.W.
Washington, D.C. 20006-1600
Phone: 202.778.9248
Fax: 202.778.9100
stavroula.lambrakopoulos@klgates.com

By: /s M. Graham Loomis
M. Graham Loomis, Esq.
Ga. Bar No. 457868
U.S. Securities and Exchange
Commission
950 East Paces Ferry Road, Suite 900
Atlanta, Georgia 30326
Phone: 404.842.7627
Fax: 404.842.7633
LoomisM@sec.gov

By: /s Ross A. Albert
Ross A. Albert, Esq.
Ga. Bar No. 007749
Morris, Manning, and Martin, LLP
1600 Atlanta Financial Center
3343 Peachtree Road, NE
Atlanta, GA 30326
Phone: 404.504.7700
Fax: 404.365.9532
ralbert@mmmlaw.com

*Attorneys for Plaintiff*

*Attorneys for Defendants*

Dated: August 22, 2013

# **CERTIFICATE OF SERVICE**

I hereby certify that on August 22, 2014, I electronically filed the attached Joint Status Report with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

    David Williams, Counsel to the Plaintiff
    M. Graham Loomis, Counsel to the Plaintiff
    Adam Aderton, Counsel to Plaintiff

    By:   s/ Richard James Mitchell
    Richard James Mitchell, Esq.
    K&L Gates LLP
    1601 K Street, N.W.
    Washington, D.C. 20006-1600
    O: 202.778.9000
    F: 202.778.9100
    jamie.mitchell@klgates.com

    *Attorney for Defendants*