# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

SECURITIES AND EXCHANGE COMMISSION,
       Plaintiff,

v.

PAUL T. MANNION, JR., *et al.*,
       Defendants.

Civil Action No.: 10-cv-03374-WSD

## JOINT STATUS REPORT

By and through undersigned counsel, Plaintiff U.S. Securities and Exchange Commission ("SEC") joins Defendants Paul T. Mannion, Jr., Andrew S. Reckles, PEF Advisors Ltd., PEF Advisors LLC, and the Palisades Master Fund, L.P., (collectively the "Parties") to report the status of the Parties' settlement process in accordance with the Court's Order of August 18, 2014.

The Parties report that subsequent to the filing of the Joint Status Report of August 22, 2014, the settlement in principle between the Parties previously reported to the Court has proceeded through the Commission's internal review process and will soon be presented to the full Commission for its consideration.

The Parties anticipate this process will be complete within the next two weeks and will apprise the Court by no later than September 26, 2014, of further developments.

DC-9850074 v1

Respectfully submitted,

By: s/ David Williams  
David Williams, Esq.  
Adam S. Aderton, Esq.  
   (*pro hac vice*)  
U.S. Securities and Exchange  
   Commission  
100 F Street, N.E.  
Washington, D.C. 20549-4010  
Phone: 202.551.4548  
Fax: 202.772.9246  
WilliamsDav@sec.gov  

By: /s M. Graham Loomis  
M. Graham Loomis, Esq.  
Ga. Bar No. 457868  
U.S. Securities and Exchange  
Commission  
950 East Paces Ferry Road, Suite 900  
Atlanta, Georgia 30326  
Phone: 404.842.7627  
Fax: 404.842.7633  
LoomisM@sec.gov  

*Attorneys for Plaintiff*

Dated: September 12, 2014

By: /s Stavroula E. Lambrakopoulos  
Stavroula E. Lambrakopoulos, Esq.  
Stephen J. Crimmins, Esq.  
Erin Ardale Koeppel, Esq.  
Richard James Mitchell, Esq.  
   (*pro hac vice*)  
K&L Gates LLP  
1601 K Street, N.W.  
Washington, D.C. 20006-1600  
Phone: 202.778.9248  
Fax: 202.778.9100  
stavroula.lambrakopoulos@klgates.com  

By: /s Ross A. Albert  
Ross A. Albert, Esq.  
Ga. Bar No. 007749  
Morris, Manning, and Martin, LLP  
1600 Atlanta Financial Center  
3343 Peachtree Road, NE  
Atlanta, GA 30326  
Phone: 404.504.7700  
Fax: 404.365.9532  
ralbert@mmmlaw.com  

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on September 12, 2014, I electronically filed the attached Joint Status Report with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

  David Williams, Counsel to the Plaintiff
  M. Graham Loomis, Counsel to the Plaintiff
  Adam Aderton, Counsel to Plaintiff

           By: s/ Richard James Mitchell
           Richard James Mitchell, Esq.
           K&L Gates LLP
           1601 K Street, N.W.
           Washington, D.C. 20006-1600
           O: 202.778.9000
           F: 202.778.9100
           jamie.mitchell@klgates.com

           *Attorney for Defendants*